# IN THE UNITED STATES DISTRICT COURT
# OF THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| BRENDA BROWN ) | |
| ) | CIVIL ACTION NO. |
| Plaintiff, ) | NO.: 1-18-CV-00436-AT |
| ) | |
| v. ) | |
| ) | |
| CREDIT ONE BANK, N.A. ) | |
| and DOES 1-10, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), it is hereby stipulated and agreed that Plaintiff's action against Defendant Credit One Bank, N.A., should be dismissed with prejudice, with each party to bear its own costs, attorney's fees, and expenses.

Dated: July 26, 2019

Respectfully submitted,

s/Andrew MacPherson
Andrew MacPherson
Attorney For Plaintiff Brenda Brown
Georgia State Bar No. 613917
2265 Roswell Road, Suite 100
Marietta, GA 30062
Phone: 678-833-6682
themacphersonfirm@gmail.com

s/Rachel Friedman
Rachel Friedman
Burr & Forman, LLP
Attorney for Defendant Credit One Bank, N.A.
Georgia State Bar No. 456493
420 North St, Suite 3400
Birmingham, AL 35203
Telephone: 205-458-5267
Facsimile: 205-244-5678
rfriedman@burr.com

## **CERTIFICATE OF SERVICE**

I, Andrew MacPherson, hereby certify that on this 26th day of July 2019, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all attorneys of record.

*/s/ Andrew MacPherson*
Andrew MacPherson
